FILED

98 SEP -8 PM 3: 44

U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED

SEP 8 1998

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ERNEST LEWIS, }
    Plaintiff }
vs. } CIVIL ACTION NO.
} 98-AR-2278-S
BUTLER MANUFACTURING COMPANY, }
    Defendant }

## MEMORANDUM OPINION

The absence of allegations showing a timely removal of this case is a procedural defect and therefore cannot be raised *sua sponte*. However, two substantive defects appear on the face of the removal papers and call for a *sua sponte* remand of the above-entitled case.

The purported removal was effected on the basis of alleged diversity of citizenship pursuant to 28 U.S.C. § 1332, which requires a jurisdictional amount in controversy of $75,000. The removing defendant asserts on "information and belief" that the amount in controversy exceeds $50,000. This court is a court of limited jurisdiction, and the substantive jurisdictional requisites of 28 U.S.C. § 1332 have not been met.

If the diversity removal requisites had been met, removal would nevertheless be precluded by 28 U.S.C. § 1445(c), because plaintiff's claim "arises" out of Alabama's worker's compensation

1

scheme. This is true of all counts of the complaint. This judge, like an emerging majority of his fellow judges in the Northern District of Alabama, follows *Jones v. Roadway Express, Inc.*, 932 F.2d 1086 (5th Cir. 1991).

For the foregoing reasons, the action will be remanded by separate order.

DONE this 8th day of September, 1998.

/s/ William M. Acker
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE